UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARQUEZ MACK,

                              Plaintiff,

vs.

SHERIFF TIMOTHY HOWARD, individually and in his capacity as Sheriff of Erie County.
SERGEANT ROBERT DEE,
DEPUTY DANIEL BUZIAK,
DEPUTY BRIAN O'LEARY,
DEPUTY JEROME RECKTENWALT,
DEPUTY MICHAEL VAIL,
DEPUTY JEFFREY WAGNER,

                              Defendants.

**STIPULATION OF DISCONTINUANCE**

Index No. 11-CV-0303A

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiff and the defendants in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: April 20, 2015

---

Jeremy A. Colby, Esq.
WEBSTER SZANYI LLP
*Attorneys for Defendants*
The Dun Building
1400 Liberty Building
Buffalo, New York 14202

John Ned Lipsitz, Esq.
LIPSITZ & PONTERIO, LLC
*Attorneys for Plaintiff*
135 Delaware Avenue, 5th Floor
Buffalo, New York 14202